IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY CHARLES FLOYD, JR.,
    Plaintiff,

vs.                                         Case No.: 3:18cv262/LAC/EMT

ESCAMBIA COUNTY JUDICIAL SYSTEM,
    Defendant.
_____/

**REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated February 16, 2018, Plaintiff was given thirty (30) days in which to file an amended complaint and either pay the filing fee or submit a completed motion to proceed in forma pauperis (ECF No. 2). Plaintiff failed to file an amended complaint, submit a complete IFP motion, or pay the filing fee by the deadline. Therefore, on March 28, 2018, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 4). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file an amended complaint, submit an IFP motion or pay the filing fee, or show cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 24th day of April 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.:  5:17cv127/MCR/EMT